## John Sydor, Appellee, v. Rena Berger, Trading as Gage Liquor Store, Appellant.

### Gen. No. 43,979.

opinion filed June 25, 1947; rehearing denied July 17, 1947; released for publication July 18, 1947. Vogel & Bunge, for appellant; L. H. Vogel, Forrest S. Blunk and Robert C. Vogel, of counsel; John S. Wegerzyn and David H. Kraft, for appellee; David H. Kraft, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.